**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    18-10283 |
| Plaintiff-Appellee, | D.C. No. 3:17-cr-00244-WHO-4 |
| v. | |
| JESUS CHAVEZ ESPINOZA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
William H. Orrick, III, District Judge, Presiding

Submitted March 12, 2019[**]

Before:    LEAVY, BEA, and N.R. SMITH, Circuit Judges.

Jesus Chavez Espinoza appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for conspiracy to

distribute and possess with intent to distribute methamphetamine, cocaine, and

heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.  Pursuant to

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Espinoza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Espinoza the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Espinoza's conviction. We accordingly affirm Espinoza's conviction.

Espinoza waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we grant the government's motion to dismiss Espinoza's appeal of his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

18-10283